UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEHDI HOSSEINI,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>        Defendant. | C.A. No. 15-13979-JGD |

## FED. R. CIV. P. 7.1 AND L.R. 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CAPITAL ONE, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant Capital One, N.A., states as follows:

●     Capital One, N.A., hereby states that Capital One Financial Corporation is its parent company and owns 100% of the stock of Capital One, N.A. No entity owns 10% or more of Capital One Financial Corporation's stock.

●     Capital One Financial Corporation is a publicly-traded company which trades on the New York Stock Exchange under the symbol: COF.

                                               Respectfully Submitted,

                                               CAPITAL ONE, N.A.

                                               By its counsel,

                                               /s/ David Himelfarb
                                               David Himelfarb, BBO # 649596
                                                   dhimelfarb@mccater.com
                                               McCarter & English, LLP
                                               265 Franklin Street
                                               Boston, MA 02155
                                               Telephone: (617) 449-6500
                                               Facsimile: (617) 326-3086

November 30, 2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of November, 2015, a true copy of the above-captioned document was served via U.S. Mail, postage prepaid, upon:

    Neal M. Brown, Esq.
    185 Lincoln Street, Suite 200
    Hingham, MA 02043

    Counsel for Plaintiff Mehdi Hosseini

    By: /s/ David Himelfarb

    Date: November 30, 2015